# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Larry G. Schultz, | Case No. 25-cv-3223 (JMB/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| 3M Company and Solventum Company, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Shannon G. Elkins. (Doc. No. 7.) The R&R recommends dismissal without prejudice of the Complaint (Doc. No. 1) and denial of Schultz's Motion to Proceed In Forma Pauperis (Doc. No. 2). Because no timely objections were filed, *see* D. Minn. L.R. 72.2(b)(1), the Court reviews the R&R for clear error, *see* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 7) is ADOPTED.
2. This action is DISMISSED WITHOUT PREJUDICE.
3. The Motion to Proceed In Forma Pauperis (Doc. No. 2) is DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 28, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court